IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MINOR L. And DEBORAH F. McNEIL,**
**husband and wife and the marital community**
**comprised thereof**                                                                                 **PLAINTIFFS**

V.                                    4:13CV00076 JMM

**METROPOLITAN NATIONAL BANK and**
**FEDERAL NATIONAL MORTGAGE**
**ASSOCIATION REMIC TRUST**                                              **DEFENDANTS**


## JUDGMENT

Pursuant to the Order entered on this day, Plaintiffs' complaint is dismissed with prejudice as to the claims made pursuant to Article 4 and 9 of the Arkansas Uniform Commercial Code, the Truth in Lending Act, and Arkansas Code Annotated § 5-3-226.  Plaintiffs' complaint is dismissed without prejudice as to the claims made pursuant to the Arkansas Deceptive Trade Practices Act and the Real Estate Settlement and Procedures Act.  The complaint is dismissed in its entirety with prejudice as to Defendant Federal National Mortgage Association REMIC Trust.

IT IS SO ORDERED this 14th day of July, 2013.


_____
James M. Moody
United States District Judge